United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 16-10011-elf
Robert Nurse                                                                Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW            Page 1 of 1             Date Rcvd: Sep 29, 2016
                              Form ID: pdf900           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 01, 2016.
db         +Robert Nurse,   7309 N. 21st Street,   Philadelphia, PA 19138-2107
13736871    HSBC Bank USA, National Association,   c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,
             Salt Lake City, UT 84165-0250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 29, 2016 at the address(es) listed below:
      BRAD J. SADEK    on behalf of Debtor Robert  Nurse brad@sadeklaw.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    HSBC Bank USA, National Association, Et Al...
       bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                    TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Robert Nurse<br>　　　　　　Debtor | CHAPTER 13 |
| HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-FM2, Asset Backed Pass-Through Certificates<br>　　　　　　Movant<br>　　vs. | NO. 16-10011 ELF |
| Robert Nurse<br>　　　　　　Debtor | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq.<br>　　　　　　Trustee | |

**ORDER**

AND NOW, this 29th day of September, 2016 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay and Co-Debtor Stay of all proceeding, as provided under 11 U.S.C. Section 362, are modified with respect to the subject premises located at 7309 N. 21St Street, Philadelphia, PA 19138 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**